IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -1  A 10: 18

DEBRA P. HACKETT, CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR45-TFM |
| | ) | (18 U.S.C. 641) |
| KENNETH C. DENNIS | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

### COUNT

On or about the 11TH day of December 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, KENNETH C. DENNIS did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*NF*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 11 December 2006, I was walking the floor of the Exchange when I observed two African-American males picking up electronic items and placing them in a cart. They both picked up numerous clothing items and went into the women's dressing room. Upon exiting the dressing room, they left the cart in the clothing department and exited the store without paying for any items. I attempted to stop them, but they split up and I followed one on foot. The other individual fled the Exchange in a gray in color Chevy Impala. My partner (Bob Smith) called the Security Forces and alerted them. The subject I was chasing was stopped by Security Forces' personnel at the Kelly Street gate and searched. His backpack contained 2 Jensen car stereo CD players. The CD players were priced at $199 each; a $398 total value. This individual was identified as KENNETH C. DENNIS. The other individual who fled in the car later turned himself into Security Forces with the stolen items he had in his possession. He was identified as NICHOLIS HALL. He had various X-Box 360 games. They were: Splinter Cell Double Agent, $59.95; NHL 07, $59.95; NBA Live 07, $39.95; Dead or Alive Xtreme 2, $59.95; (2) The Outfit, $59.95 each, $119.90 total; The Godfather The Game, $59.95, Blitz The League, $49.95; 2K Sports NBA 2K7, $59.95. Total value of those games was $509.55.

_____
EDWARD L. McINTYRE

Subscribed and sworn to before me this 23rd day of February, 2007.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS