IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-45-TFM |
| | ) | |
| KENNETH C. DENNIS | ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW Reese H. Hays III** and enters the withdrawal of Neal B. Frazier as government counsel in the above-captioned case. Mr. Frazier is being reassigned to other duties and will no longer be representing the government in this matter. I, Reese H. Hays III, will be the designated government representative on which service may be made.

Respectfully submitted this 5th day of June, 2007.

                        s/Reese H. Hays III
                        REESE H. HAYS III
                        Special Assistant United States Attorney
                        42 ABW/JA
                        50 LeMay Plaza South
                        Maxwell AFB, AL  36112-6334
                        (334) 953-2786

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                        s/ Reese H. Hays III
                        REESE H. HAYS III
                        Special Assistant United States Attorney
                        42 ABW/JA
                        50 LeMay Plaza South
                        Maxwell AFB, Alabama  36112-6334
                        (334) 953-2786