**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.           ) | **CR. NO. 2:07-cr-45-TFM** |
| ) | |
| **KENNETH C. DENNIS** ) | |

### MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW L. Amber Brugnoli** and enters the withdrawal of Reese H. Hays III as government counsel in the above-captioned case. Mr. Hays will not be able to attend the July 9, 2007, court date due to a conflicting court appearance. I, L. Amber Brugnoli, will be the designated government representative on which service may be made.

Respectfully submitted this 14th day of June, 2007.

/s/L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
(334) 953-2786

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ L. Amber Brugnoli
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
(334) 953-2786

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:07-cr-45-TFM** |
| | ) | |
| **KENNETH C. DENNIS** | ) | |

## ORDER

Upon consideration of Government's Motion to Withdraw and Substitute filed on June 14, 2007, it is ORDERED that the motion is GRANTED.

DONE, this \_\_\_\_ day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE