IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO.: 2:07cr45-TFM |
| ) | |
| KENNETH C. DENNIS ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **KENNETH C. DENNIS,** by and through undersigned counsel, Jennifer A. Hart, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 4th day of September, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher James, Esquire
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334

                                  Respectfully submitted,

                                  s/Jennifer A. Hart
                                  **JENNIFER A. HART**
                                  FEDERAL DEFENDERS
                                  MIDDLE DISTRICT OF ALABAMA
                                  201 Monroe Street, Suite 407
                                  Montgomery, AL 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  jennifer_hart@fd.org
                                  AL Bar Code: HAR189