IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR45-TFM |
| | ) | |
| KENNETH C. DENNIS | ) | |

## **ORDER**

For good cause, it is

ORDERED that the defendant, Kenneth C. Dennis, shall appear for sentencing on 11/2/2007 at 11:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 13th day of September, 2007.

Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE