PROB 12A
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Report on Offender Under Supervision

Name of Offender:  Kenneth C. Dennis                    Case Number:  2:07CR45-TFM

Name of Sentencing Judicial Officer:  The Honorable Terry F. Moorer, U.S. Magistrate Judge

Date of Original Sentence:  November 2, 2007

Original Offense: Theft of Government Property

Original Sentence:  Two (2) years probation

Type of Supervision:  Probation                    Date Supervision Commenced:  November 2, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition: **"The defendant shall refrain from any unlawful use of a controlled substance."** | On November 2, 2007, the offender reported to the probation office following sentencing and submitted a urine sample which tested presumptive positive for marijuana. |

**U.S. Probation Officer Action:**  Kenneth C. Dennis was confronted by the probation officer and admitted to using marijuana one month prior to his sentencing date.  Mr. Dennis advised this officer that he does not use marijuana on a regular basis and that he was experimenting. The offender was informed that he was prohibited from associating with people involved in criminal activity. Mr. Dennis advised that he does not believe that he would benefit from drug treatment as he denies having a problem. He was instructed to begin submitting to drug testing pursuant to the color-code system. Mr. Dennis was informed that a future positive drug test could be used as grounds for revocation. It is recommended that the Court take no punitive action since the offender's marijuana use occurred before his probation period began.

Respectfully submitted,

by    /s/ Marcus T. Simmons____
U.S. Probation Officer
Date:  November 9, 2007

Reviewed and approved:    /s/ David Ron Thweatt_____
Supervisory U.S. Probation Officer


SCANNED

PROB 12A
(7/93)

2

*The Court directs that additional action be taken as follows:*

[ ]     Submit a Request for Modifying the Condition or Term of Supervision
[ ]     Submit a Request for Warrant or Summons
[ ]     Other
[ ]     Concur with Probation Officer's recommendation
[X]     No action necessary

Signature of Judicial Officer

November 15, 2007
Date